160 So. 919

## Luther CUNNINGHAM v. STATE.
### 7 Div. 96.

Court of Appeals of Alabama.
March 19, 1935.

Thos. W. Millican, of Fort Payne, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Reversed and remanded.

154 So. 921

## Asa CUPP, Preston Headrick, and Ausborn McDonald v. STATE.
### 6 Div. 556.

Court of Appeals of Alabama.
May 9, 1934.

RICE, Judge.
Affirmed.

161 So. 917

## Claude CYPERT v. STATE.
### 8 Div. 86.

Court of Appeals of Alabama.
May 21, 1935.

SAMFORD, Judge.
Affirmed.

160 So. 919

## Ken DANFORD v. STATE.
### 4 Div. 157.

Court of Appeals of Alabama.
April 16, 1935.

SAMFORD, Judge.
Affirmed.

151 So. 924

## Wilburn DANIEL v. STATE.
### 5 Div. 924.

Court of Appeals of Alabama.
Nov. 28, 1933.

RICE, Judge.
Affirmed.

157 So. 916

## Raymond DANSBY v. STATE.
### 4 Div. 69.

Court of Appeals of Alabama.
Nov. 20, 1934.

RICE, Judge.
Affirmed.

163 So. 906

## Raymond DANSBY v. STATE.
### 4 Div. 184.

Court of Appeals of Alabama.
Oct. 29, 1935.

RICE, Judge.
Affirmed.

157 So. 916

## Arthur DAVID v. STATE.
### I Div. 169.

Court of Appeals of Alabama.
Nov. 27, 1934.

BRICKEN, Presiding Judge.
Affirmed.